USDC SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 1 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :   INFORMATION

             - v. -                      :   17 Cr. ___ (PAE)

JASON NISSEN,                            :   17 CRIM 477

             Defendant.                  :

- - - - - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

1. From at least in or about 2015, up to and including in or about 2017, in the Southern District of New York and elsewhere, JASON NISSEN, the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, NISSEN solicited tens of millions of dollars from lenders by falsely representing that NISSEN would use the lenders' money to purchase and re-sell wholesale quantities of premium tickets for sporting and entertainment events, when, in truth and in fact,

JUDGE ENGELMAYER

NISSEN used the lenders' money to principally repay other lenders and enrich himself.

(Title 18, United States Code, Section 1343.)

## FORFEITURE ALLEGATION

2.  As a result of committing the offense alleged in Count One of this Information, JASON NISSEN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, which constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of this Information.

### Substitute Asset Provision

3.  If any of the above-described forfeitable property, as a result of any act or omission of JASON NISSEN, the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981; and Title 28, United States Code, Section 2461.)


_Joon H. Kim_
JOON H. KIM
ACTING UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON NISSEN,

Defendant.

INFORMATION

17 Cr. \_\_\_ (PAE)

(Title 18, United States Code, Section 1343.)

JOON H. KIM
Acting United States Attorney.