

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2018

By ECF and Electronic Mail

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States v. Jason Nissen, 17 Cr. 477 (PAE)

Dear Judge Engelmayer:

    The Government writes on behalf of both parties to respectfully request an adjournment of the defendant's sentencing, currently scheduled for August 21, 2018.  The parties are in discussions regarding the loss amount for purposes of the U.S. Sentencing Guidelines, as well as restitution and forfeiture, and hope to reach agreement on these issues prior to sentencing.  The parties believe that an adjournment to mid-September will provide adequate time to complete our analysis and discussions, and to hopefully reach an agreement.  This is the first request for an adjournment of sentencing by either party.  Based on discussions with Your Honor's deputy, we understand that September 21, 2018 may be a convenient date for the Court, and we therefore respectfully request that sentencing be adjourned to that date.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

    By:  /s Douglas S. Zolkind
           Douglas S. Zolkind / Lara Pomerantz
           Assistant United States Attorneys
           Southern District of New York
           (212) 637-2418 / 2343

Cc: Michael Bachner, Esq.