USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JASON NISSEN,

                  Defendant.

17-CR-477 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated at the hearing on Friday, September 21, 2018, the Court hereby orders that a joint status report be filed no later than November 2, 2018 summarizing the parties' efforts to trace the proceeds of the defendant's fraud.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated:  September 24, 2018
           New York, New York