

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 15, 2019

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Jason Nissen</u>, 17 Cr. 477 (PAE)

Dear Judge Engelmayer:

       The Government respectfully submits this letter in the above-captioned case to provide an update concerning the Government's investigation into the proceeds of the defendant's fraud, as ordered by the Court. Since the Government's last update to the Court on February 15, 2019, the Government met with defendant Jason Nissen and his counsel, along with Kroll, to review Kroll's preliminary findings and to determine any further steps to take, including additional financial records to obtain, in order to complete the investigation. Kroll identified additional records needed to complete its analysis. The Government has obtained some of those records, which Kroll has reviewed and analyzed, and has followed up with one institution regarding outstanding records. The Government respectfully requests additional time to complete the investigation. Accordingly, the Government respectfully proposes to write to the Court on or before June 14, 2019, at which point the Government hopes to submit its findings to the Court barring any unforeseen events. The defendant consents to this request.

Hon. Paul A. Engelmayer
April 15, 2019
Page 2 of 2

                                                     Respectfully submitted,

                                                     GEOFFREY S. BERMAN
                                                     United States Attorney

                             By:    __s/_____
                                                     Lara Pomerantz / Douglas S. Zolkind
                                                     Assistant United States Attorney
                                                     (212) 637-2343 / 2418

cc:     Michael F. Bachner, Esq. (by ECF)