

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 13, 2019

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Jason Nissen**, 17 Cr. 477 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter in the above-captioned case to provide an update concerning the Government's investigation into the proceeds of the defendant's fraud, as ordered by the Court.  Since the Government's last update to the Court on April 15, 2019, the Government has finished and shared its initial findings with defense counsel, who has, in turn, provided the Government with comments.  The Government, with the assistance of Kroll, is in the process of analyzing defense counsel's comments, which also required the Government to request additional records from a third party.  Accordingly, the parties respectfully and jointly request a 30-day adjournment to July 15, 2019, at which point the parties hope to submit their findings to the Court.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    __s/_____
    Lara Pomerantz / Douglas S. Zolkind
    Assistant United States Attorney
    (212) 637-2343 / 2418

cc:    Michael F. Bachner, Esq. (by ECF)