# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### 39 BROADWAY
### SUITE 1610
### NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

MICHAEL F. BACHNER*

HOWARD WEINER**

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN CALIFORNIA AND NJ

www.bhlawfirm.com
www.bachnerlaw.com

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

September 26, 2019

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Jason Nissen, 17 Cr. 477 (PAE)**

Dear Judge Engelmayer:

I write to respectfully request an Order directing the return of Mr. Nissen's passport, which was surrendered as a condition of his release on bail.

Respectfully submitted,

/s/ Michael Bachner
Michael F. Bachner

SO ORDERED:

_____
Paul A. Engelmayer
U.S.D.J.