# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### 39 BROADWAY
### SUITE 1610
### NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com
www.bachnerlaw.com

MICHAEL F. BACHNER*
HOWARD WEINER**

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN CALIFORNIA AND NJ

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

September 26, 2019

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Jason Nissen, 17 Cr. 477 (PAE)*

Dear Judge Engelmayer:

I write to respectfully request an Order directing the return of Mr. Nissen's passport, which was surrendered as a condition of his release on bail.

Respectfully submitted,

*/s/ Michael Bachner*
Michael F. Bachner

**DENIED.** The defendant is welcome to refile this motion after he has self-surrendered to the facility designated by the Bureau of Prisons on November 7, 2019. The Clerk of Court is requested to terminate the motion at Dkt. No. 79.

9/26/2019

SO ORDERED.

_/s/ Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge