UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JASON NISSEN,

                Defendant.

17-CR-477 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received and reviewed the Government's motion in support of its proposed preliminary order of forfeiture as to substitute assets (Dkt. No. 83) and supporting materials (Dkt. Nos. 83-1, 83-2). The Court is prepared to sign the proposed order, but it is unclear whether the motion is opposed and whether there is a good-faith basis on which to oppose it. The Court directs defense counsel to file a letter by the close of business Tuesday, November 26, 2019, stating whether the defense opposes the motion and if so, briefly stating the basis for opposition. If the defense opposes the motion, opposition submissions will be due Tuesday, December 3, 2019. and the Government's reply will be due Friday, December 6, 2019.

    SO ORDERED.

                                            *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: November 25, 2019
       New York, New York