UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JASON NISSEN,

Defendant.

17-CR-477 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has recieved defendant Jason Nissen's application for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  Dkt. 102.  The Court directs the Government to respond by no later than May 20, 2020.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 16, 2020
     New York, New York