**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | No. 17 Cr. 477 (PAE) |
| v. | **NOTICE OF WITHDRAWAL** |
| | **OF COUNSEL** |
| JASON NISSEN, | **[AND PROPOSED ORDER]** |
| *Defendant*. | |

PLEASE TAKE NOTICE that, upon the annexed declaration of Alan E. Schoenfeld, and subject to the approval of the Court, Alan E. Schoenfeld hereby withdraws as counsel of record for Petitioners Entrepreneur Growth Capital LLC and Credit Cash NJ, LLC in the above-captioned matter.  The law firm of Sullivan & Cromwell LLP, counsel from which have noticed their appearance, will continue to represent the Petitioners in these proceedings.

Respectfully submitted on this 18 day of November, 2020.

/s/ Alan Schoenfeld
Alan E. Schoenfeld
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
alan.schoenfeld@wilmerhale.com

SO ORDERED:

*Outgoing Counsel for Petitioners*
*Entrepreneur Growth Capital LLC and*
*Credit Cash NJ, LLC*

_____

Hon. Paul A. Engelmayer

1