UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>v.<br><br>JASON NISSEN,<br><br>       *Defendant*. | 17-CR-477 (PAE)<br><br>**ORDER** |

  PLEASE TAKE NOTICE that, upon the annexed declaration of Alan E. Schoenfeld, and subject to the approval of the Court, Alan E. Schoenfeld hereby withdraws as counsel of record for Petitioners Entrepreneur Growth Capital LLC and Credit Cash NJ, LLC in the above-captioned matter. The law firm of Sullivan & Cromwell LLP, counsel from which have noticed their appearance, will continue to represent the Petitioners in these proceedings.

  Respectfully submitted on this 18 day of November, 2020.

                  */s/ Alan Schoenfeld*
                  Alan E. Schoenfeld
                  WILMER CUTLER PICKERING
                   HALE AND DORR LLP
                  7 World Trade Center
                  250 Greenwich Street
                  New York, NY 10007
                  Telephone: (212) 230-8800
                  Facsimile: (212) 230-8888
                  alan.schoenfeld@wilmerhale.com

SO ORDERED:           *Outgoing Counsel for Petitioners*
      11/19/2020        *Entrepreneur Growth Capital LLC and*
                  *Credit Cash NJ, LLC*

*[signature]*

Hon. Paul A. Engelmayer

1