

**DAVIDOFF HUTCHER & CITRON LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES
GARDEN CITY
ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
(516) 248-6400

ALBANY
GOVERNMENT RELATIONS
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
GOVERNMENT RELATIONS
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

November 30, 2020

*Via Email and ECF*
Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Jason Nissen, Docket No. 17 Cr. 477 (PAE)

Dear Judge Engelmayer:

    This firm represents Jason Nissen, the defendant, and his wife, Haydee Nissen. On November 27, 2020, Entrepreneur Growth Capital LLC ("EGC") filed a Letter Motion in Support of an Interlocutory Sale Order. We contacted EGC and they have consented to a December 18, 2020 deadline for Haydee Nissen to file a response. We request that the Court fix that date as the deadline for a response.

Respectfully submitted,

*David Wander*

cc via email:
Sharon Levin, Esq.
Douglas Samuel Zolkind, Esq.
Lara Elizabeth Pomerantz, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 118.

11/30/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge