UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASON NISSEN,

Defendant.

17 Cr. 477 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In its order of January 19, 2021, after receiving submissions from the affected persons and entities, the Court ordered the interlocutory sale of the real property located at 82 Woodhollow Road, Roslyn Heights, NY 11557 ("the Property") while delaying execution of the sale order until June 15, 2021 and directing Haydee Nissen promptly to pay, *inter alia*, back taxes due on the Property. Dkt. 128. The Court directed the Government, with input from counsel for the petitioners and for Haydee and Jason Nissen, to prepare an order effecting the relief ordered by the Court. *Id.* The Court has received a proposed such order from the Government, Dkt. 131, Ex. 1, has found the proposed order consistent with the Court's order of January 19, 2021, and accordingly today is issuing the order as proposed. The Court notes that it has received a letter from counsel for Haydee Nissen, Dkt. 133, that instead effectively seeks reconsideration of the Court's order, asking that the Court not order the interlocutory sale of the Property and authorize Haydee Nissen to pay a small subset of the sums due ($5,000) on the Property. The Court is unpersuaded by this letter and declines to reconsider its earlier order.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: February 8, 2021
       New York, New York