UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          -v-<br><br>JASON NISSEN,<br><br>                                       Defendant. | 17-CR-477 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court today heard argument on the motion of Haydee Nissen to stay, during her pending appeal to the Second Circuit, the Court's February 8, 2021 interlocutory sale order. The Court denied that motion in a bench ruling, which set out in full the Court's reasoning.

SO ORDERED.

              _____
                        PAUL A. ENGELMAYER
                        United States District Judge

Dated: March 19, 2021
            New York, New York

1