# BACHNER & WEINER, P.C.
**ATTORNEYS AT LAW**
**39 BROADWAY**
**SUITE 1610**
**NEW YORK, NEW YORK 10006**

**TELEPHONE: (212) 344-7778**
**FACSIMILE: (212) 344-7774**

[www.bhlawfirm.com](www.bhlawfirm.com)

MICHAEL F. BACHNER*

HOWARD WEINER**

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN CA & NJ

July 8, 2021

Honorable Paul A. Engelmayer
District Judge
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>U.S. v. Jason Nissen, 17-cr-477 (PAE)</u>

Dear Judge Engelmayer:

  I write with the consent of AUSA Lara Pomerantz and Probation Officer Jennifer Connelly to respectfully request the return of Mr. Nissen's passport, surrendered as a condition of his release on bail. Your Honor previously indicated that a request seeking the same relief could be refiled after Mr. Nissen surrendered to the Bureau of Prisons (Docket Entry Nos. 79, 80). Mr. Nissen is currently completing the custodial portion of his sentence at a halfway house.

           Respectfully submitted,
           <u>**/s/ Howard Weiner**</u>
           Howard Weiner

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 152.

       SO ORDERED.       7/9/2021

           *Paul A. Engelmayer*
           _____
           PAUL A. ENGELMAYER
           United States District Judge