

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

David H. Wander, Esq.
(212) 216-8099
dwander@tarterkrinsky.com

December 13, 2021

*Via Email and ECF*
Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re:  USA v. Nissen; 17-cr-00477-PAE

Dear Judge Engelmayer:

  I write to request an extension of time, by an additional two days, through Wednesday, December 15th, to respond to the letter by Sharon Cohen Levin, Esq. dated December 8, 2021, on behalf of Entrepreneur Growth Capital LLC, to Your Honor. Ms. Nissen's response requires, among other things, the recitation of significant ongoing factual developments.

               Very truly yours,

               *David H. Wander*

               David H. Wander

cc via email:
Sharon Cohen Levin, Esq.
Lara Pomerantz, Esq.