# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 10, 2022

VIA ECF

Hon. Paul A. Engelmayer
United States District Court
   for the Southern District of New York
40 Foley Square
New York, New York 10007

              **Re:**    *United States v. Jason Nissen*, No. 17-Cr-477 (PAE)

Dear Judge Engelmayer:

        We write in response to Your Honor's December 22, 2021 Order, ECF No. 160, in which you directed Entrepreneur Growth Capital ("EGC") to respond to Mrs. Nissen's proposal for the sale of 82 Woodhollow Road, Roslyn Heights, NY 11557 (the "Subject Property"). (ECF Nos. 158-159).

        EGC has considered Haydee Nissen's ("Mrs. Nissen") proposal outlined in her letter to the Court dated December 15, 2021 and accompanying Declaration ("Mrs. Nissen's December Letter") (ECF Nos. 158 and 159). EGC and Mrs. Nissen are currently in discussions regarding the proposal and respectfully request a one-day extension to provide the Court with an answer to the question posed in the Court's December 22, 2021 Order. Counsel for Haydee Nissen has no opposition to this extension request.

                              Respectfully submitted,

                                */s/ Sharon Cohen Levin*
                                Sharon Cohen Levin

---

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 161.

                SO ORDERED.          1/11/2022

                                *Paul A. Engelmayer*
                              PAUL A. ENGELMAYER
                              United States District Judge