# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 13, 2022

VIA ECF

Hon. Paul A. Engelmayer
United States District Court
   for the Southern District of New York
40 Foley Square
New York, New York 10007

            **Re:**   *United States v. Jason Nissen*, No. 17-Cr-477 (PAE)

Dear Judge Engelmayer:

      We write in response to Your Honor's December 22, 2021 Order, ECF No. 160, in which you directed Entrepreneur Growth Capital ("EGC") to respond to Mrs. Nissen's proposal for the sale of 82 Woodhollow Road, Roslyn Heights, NY 11557 (the "Subject Property"). (ECF Nos. 158-159).

      Counsel for EGC, Mrs. Nissen and the government conferred today regarding Mrs. Nissen's proposal and we are optimistic that we have reached an agreement regarding the proposal. The parties are in the process of drafting a stipulation to present to the Court but need additional time to finalize the language of that stipulation. Accordingly, we respectfully request an additional day to finalize the stipulation. Counsel for Haydee Nissen joins in this request.

                                                Respectfully submitted,

                                                */s/ Sharon Cohen Levin*
                                                Sharon Cohen Levin

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 165.

SO ORDERED.

1/14/2022

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge