

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

David H. Wander, Esq.
(212) 216-8099
dwander@tarterkrinsky.com

February 22, 2024

**<u>Via Email and ECF</u>**
Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: USA v. Nissen; 17-cr-00477-PAE
    <u>Request for Permission for Jason Nissen to Travel to Attend Wedding</u>

Dear Judge Engelmayer:

  As Your Honor may recall, this firm represented Haydee and Jason Nissen in connection with the forfeiture proceeding that resulted in a settlement approved by the Court. I write to request the Court's permission for Mr. Nissen to travel, along with his wife, to the Dominican Republic from March 1 to March 4, 2024, to attend the wedding of close friends. Mr. Nissen is on Low Intensity Probation for six more months.

  The flight details are:

1. Delta Flight DL1994 from JFK to Punta Cana leaving at 8:30 am and arriving at 1:25 pm on Friday, March 1

2. Delta Flight DL 1833 from Punta Cana to JFK leaving at 2:50 pm and arriving at 6:16 pm on Monday, March 4

  The Nissens will be staying at the resort where the wedding is taking place: Casa de Campo Resort and Villas, Carretera La Romana - Higuey Hwy, La Romana 22000, Dominican Republic.

  Your Honor's consideration of this request is greatly appreciated.

              Respectfully submitted,

              *David H. Wander*
              David H. Wander

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 172.

    SO ORDERED.           2/28/2024

               *Paul A. Engelmayer*
              PAUL A. ENGELMAYER
              United States District Judge